O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA 08-057M |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| SANTOS ATENCO VELASCO, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq..,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. (X) serious risk defendant will flee;

   2. ( ) serious risk defendant will

      a. ( ) obstruct or attempt to obstruct justice;

      b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1                                    II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A. ( X )   appearance of defendant as required; and/or

4    B. ( ) safety of any person or the community;

5                                    III.

6    The Court has considered:

7    A. ( x) the nature and circumstances of the offense;

8    B. (x) the weight of evidence against the defendant;

9    C. (x) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                   IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16           **Defendant is undocumented.  He has no ties to the community and no bail**

17           **resources.**

18

19   C. ( ) A serious risk exists that defendant will:

20           1. ( )   obstruct  or  attempt to obstruct  justice;

21           2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24           provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: February 20, 2008

MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**