

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Atenco-Velasco, Santos<br><br>　　　　　　　Defendant. | Case No.: SACR 08-59-AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA_____,  for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown; bail resources unknown; illegal immigration status; FTA history; assoc__

1     w/multiple personal identifiers

2

3     and/or

4 B.    (X) The defendant has not met his/her burden of establishing by clear and
5     convincing evidence that he/she is not likely to pose a danger to the safety of any
6     other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7     finding is based on   extensive criminal history record;
8     probation violation history

13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

16 DATED: 12/17/10

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

Page 2 of 2